No. 76–1583. AHMADI ET AL. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–1584. HENNEPIN BROADCASTING ASSOCIATES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–1585. HENSON ET AL. *v.* ALPHIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–1590. TIGHE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1591. SAPIA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 76–1592. MILLER, TRUSTEE IN BANKRUPTCY *v.* NEW YORK PRODUCE EXCHANGE ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1593. SKINNER *v.* MALLARD TRUCK LINES, INC., ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 76–1594. NORTH WASHINGTON NEIGHBORS, INC., ET AL. *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 76–1597. BASSETT FURNITURE INDUSTRIES, INC., ET AL. *v.* BRAVMAN; and

No. 76–1805. BRAVMAN *v.* BASSETT FURNITURE INDUSTRIES, INC., ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 552 F. 2d 90.

No. 76–1598. STANDARD FORGE & AXLE CO., INC. *v.* ADAMS, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Certiorari denied.